RESORTS INTERNATIONAL HOTEL, INC. v. NEW JERSEY
CASINO CONTROL COMMISSION.

July 23, 1985.

Petition for certification denied.

DORIS L. JONES v. DAVID L. BLECKER, M.D.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP HERNANDEZ.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MOSS.

July 23, 1985.

Petition for certification denied. (See —— *N.J.Super.* ——)